# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137563(19)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BRIAN SCOTT HERNANDEZ,
    Defendant-Appellant.

SC: 137563
COA: 287028
Saginaw CC: 07-028993-FJ

_____/

On order of the Court, the motion for reconsideration of this Court's April 1, 2009 order is considered, and it is GRANTED. We VACATE our order dated April 1, 2009. On reconsideration, the application for leave to appeal the September 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2009

_____
Clerk

d0708